IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:                              )
                                    )
REANNA L. SMITH,                    )     Case No. 19-11706
                                    )     Chapter 7
                    Debtor.         )
_____   )
                                    )
J. MICHAEL MORRIS, Trustee,         )
                                    )
                    Plaintiff,      )
                                    )
vs.                                 )     Adversary No. 20-5084
                                    )
REANNA L. SMITH,                    )
                                    )
                    Defendant.      )
_____   )

**TRUSTEE'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT**

COMES NOW the Plaintiff and for his Motion states:

The Court having reviewed the pleadings in the adversary proceeding, the Chapter 7 case of Reanna L.

Smith, Case No. 19-11706, and being fully advised, finds that default judgment should be entered against

defendant Reanna L. Smith determining she is in default as follows:

1.      The summons with respect to the complaint in the above adversary action was served on

defendant Reanna L. Smith ("Smith") on June 15, 2020.

2.      To date, no answer has been filed by Smith.

3.      The trustee requests the debtor's discharge be revoked pursuant to 11 U.S.C. §727(d)(3)

in that the debtor committed an act specified in subsection (a)(6), namely (a)(6)(A): refused to obey a

lawful order of the Court.

4.      Further, the debtor has failed to pay the following: sanctions of $500.00 (1/30/20 order),

$500.00 additional sanctions per adversary, $335.00 bankruptcy filing fee, $350.00 adversary costs,

27I4301

$990.03 from 2019 tax refund, $200.00 sanctions (12/9/19 order) for a total of $2,875.03.  The trustee

requests judgment against the debtor in this amount.

WHEREFORE the trustee requests that the Court enter an order as set forth above; and for such

other and further relief as the Court deems just and proper.


          KLENDA AUSTERMAN LLC
          301 North Main, Suite 1600
          Wichita, Kansas 67212
          (316) 267-0331
          jmmorris@klendalaw.com

          By:   /s/ *J. Michael Morris*
               J. Michael Morris #09292
               Attorney for the Trustee

27I4301